IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-176-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| v. | |
| LUIS MORALES | |

Before the Court for consideration is Defendant Luis Morales's Motion to Seal Proposed Sealed Document, filed at Docket Number 73. For good cause shown, the Defendant's Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 73 shall be and is hereby sealed.

SO ORDERED, this the __1__ day of October 2018.

_____
Hon. James C. Dever III
Chief U.S. District Judge