IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-176-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | |
| LUIS MORALES | |

Before the Court for consideration is Defendant Luis Morales's Motion to Seal Proposed Sealed Document, provisionally filed as Docket Number 237. For good cause shown, the Defendant's Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 237 shall be and is hereby sealed. SO ORDERED, this the 11 day of October 2020.

Hon. James C. Dever III
U.S. District Judge