IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:18-CR-176-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| v. | |
| LUIS MORALES | |

Before the Court for consideration is Defendant Luis Morales's Motion to Seal Proposed Sealed Document, provisionally filed under seal as Docket Number 245. For good cause shown, the Defendant's Motion to seal is GRANTED.

It is therefore ORDERED that Docket Number 245 shall be and is hereby sealed.

SO ORDERED, this the **29** day of December 2020.

_____Dever_____
Hon. James C. Dever III
U.S. District Judge